# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shawn LaValley**

      Plaintiff

vs.                          **CASE NUMBER: 8:10-CV-954 (FJS)**

**Michael J. Astrue,** *Commissioner of Social Security*

      Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The Commissioner's decision is REVERSED and this matter is REMANDED to the ALJ for further proceedings, consistent with the Memorandum-Decision and Order, pursuant to sentence four of the Act. Judgment is entered in favor of Plaintiff, Shawn LaValley.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 18th day of January, 2013.

DATED: January 18, 2013

                                                                          Clerk of Court

                                                           s/
                                                           Nicole Killius
                                                           Deputy Clerk